# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **NICHOLAS BARNES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:24-cv-00512-ECM |
| ) | |
| **EAST ALABAMA MEDICAL** ) | |
| **CENTER FOUNDATION, D/B/A,** ) | |
| **EAST ALABAMA MEDICAL** ) | |
| **CENTER** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT EAST ALABAMA MEDICAL CENTER'S EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Exhibit A – Transcript of Plaintiff Nicholas Barnes' Deposition w/ exhibits

Exhibit B – Signed Declaration of Kelli Truitt w/ exhibits

Exhibit C – Transcript of Nancy Ling's Deposition w/ exhibit

                                                                Respectfully submitted,

                                                                */s/ Brock Phillips*
                                                                 Warren B. Lightfoot, Jr.
                                                                 W. Brock Phillips
                                                                 Maynard Nexsen, PC
                                                                 1901 Sixth Avenue North
                                                                 1700 Regions Harbert Plaza
                                                                 Birmingham, AL  35203
                                                                 Telephone:  (205) 254-1000
                                                                 Email: wlightfoot@maynardnexsen.com
                                                                        bphillips@maynardnexsen.com
                                                                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeremy Schatz
Jon-Kaden Mullen
Virtus Law Group
2017 Morris Ave., Suite 100
Birmingham, AL 35203
(205) 946-1924
js@vlgal.com
jm@vlgal.com

*/s/ Brock Phillips*
OF COUNSEL