Exhibit B – Signed Declaration of Kelli Truitt w/
exhibits

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  3:24-cv-00512 |
| | ) | |
| EAST ALABAMA MEDICAL | ) | |
| CENTER FOUNDATION, D/B/A, | ) | |
| EAST ALABAMA MEDICAL | ) | |
| CENTER | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF KELLI TRUITT

1.      My name is Kelli Truitt. I am over the age of 21 and am competent to testify to the facts and matters set forth herein. This Declaration is based on my personal knowledge and my review of documents that East Alabama Medical Center maintains in the normal course of business.

2.      I am currently employed by East Alabama Medical Center ("EAMC") as its Director of Human Resources, which was my title at all times during 2024.

3.      EAMC owns and operates a healthcare facility in Opelika, Alabama.

4.      EAMC hired Plaintiff Nicholas Barnes ("Barnes") in or around December 2018 in a Supply Clerk job position.

5.      EAMC provided a copy of its Employee Handbook to Barnes at the

beginning of his employment. EAMC's Employee Handbook contains policies reflecting EAMC's commitment to maintaining an equal employment opportunity workplace. To that end, EAMC's policies prohibit all forms unlawful discrimination and harassment, including sexual harassment.

6.    Barnes, like other EAMC employees, also received training on EAMC's policies and procedures throughout his employment, including training on EAMC's policies against sexual harassment in the workplace.

7.    On or about October 29, 2020, Barnes moved from his Supply Clerk position to a Contract Coordinator position. A true and correct copy of the Contract Coordinator job description is attached hereto as **Exhibit 1**.

8.    In December 2022, EAMC hired Ursula Means ("Means") as a Value Analysis & Contracts Manager.

9.    Means became Barnes' direct supervisor in February 2023.

10.    On February 19, 2024, Barnes provided Means with two-weeks' notice of his resignation from EAMC and stated that March 1, 2024 would be his last day of employment with EAMC.

11.    On February 27, 2024, Barnes called me and alleged that he had experienced harassment from Means during his employment with EAMC. Per my usual practice, I asked Barnes to submit his complaint in writing. I began to investigate Barnes' allegations after receiving this call from him.

12.    Later that day, Barnes sent me an email detailing specific allegations of harassment against Means. A true and correct copy of an email exchange I had with Barnes on February 27, 2024 is attached hereto as **Exhibit 2**.

13.    After receiving this email, I forwarded it to Nancy Ling ("Ling") (Director of Supply Chain Services), to whom Barnes alleged he reported prior issues about Means. Ling was Means' direct supervisor.

14.    Ling investigated Barnes' allegations by speaking directly with Means and another employee Barnes mentioned in his February 27 email, LaQuesha Lasseter ("Lasseter"). Means categorically denied all of Barnes' allegations. Lasseter also denied Barnes' allegations against Means and provided a written statement, a true and correct copy of which is attached hereto as **Exhibit 3**.

15.    A true and correct copy of an email exchange I had with Ling on February 27, 2024 is attached hereto as **Exhibit 4**.

16.    A true and correct copy of an email exchange related to Barnes' time-clock issues in or around December 2023 is attached hereto as **Exhibit 5**.

17.    Because Barnes had already submitted his resignation and because he mentioned concern for his own safety in his February 27 email, EAMC made the decision to allow Barnes not to physically report to work on February 28–29 and March 1, 2024. However, Barnes was paid for these three days.

18.    Despite Barnes' imminent resignation, I completed my investigation

into his February 27, 2024 allegations of harassment and was unable to substantiate any of his complaints.

19.    Prior to February 27, 2024, Barnes never made any complaints of harassment against Means or otherwise to me or anyone else in the Human Resources Department. Prior to February 27, 2024, I was unaware of any complaints or concerns that Barnes may have had related to alleged harassment.

20.    During his employment with EAMC, Barnes moved from one office to another office that he shared with another employee, David Rose. This office that Barnes shared with Rose is approximately 18 feet by 9.6 feet. The office Barnes used immediately prior to this move was approximately 12 feet by 6.8 feet.

FURTHER DECLARANT SAYETH NOT

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of June, 2025.

_____
Kelli Truitt

# Exhibit 1

 East Alabama Medical Center

# CONTRACT COORDINATOR - EAMCSUPPLY CHAIN SERVICES

Using Staff Performance Evaluation Template

Last Published: 3/7/2024

Last Modified: 3/7/2024

| First Name | xxxxx |
|---|---|
| Middle Name | xxxxx |
| Last Name | xxxxx |
| Position Code | 0440 |
| Position Name | CONTRACT COORDINATOR - EAMCSUPPLY CHAIN SERVICES |
| Department Code | 18420 |
| Department Name | SUPPLY CHAIN SERVICE |
| Facility Code | EAMC |
| Manager Name | xxxxx |
| Hire Date | xxxxx |
| Position Start Date | xxxxx |
| Employee ID | xxxxx |
| Position Level | xxxxx |

Total Weight = 100%

## EAMC MISSION

At East Alabama Medical Center, our mission is high quality, compassionate health care, and that statement guides everything we do. We set high standards for customer service, quality, and keeping costs under control.

## POSITION SUMMARY

THE CONTRACT COORDINATOR IS RESPONSIBLE FOR COORDINATING GROUP PURCHASING ORGANIZATION AND LOCAL CONTRACTS FOR MEDICAL AND NON-MEDICAL SUPPLIES.  MANAGES AND RESOLVES PRICE DISCREPANICES. PERFORMS REBATE MANAGEMENT.  PERFORMS CROSS REFERENCING AND COST ANALYSES FOR NEW PRODUCTS. MAINTAINS THE CONTRACT CALENDAR FOR RENEWALS.

EAMC/Barnes_00072

## POPULATION SERVED

**Age Group**
- N/A

## POSITION QUALIFICATIONS

**Minimum Education**
- BA/BS

**Minimum Experience**
- TWO YEARS OF PROJECT MANAGEMENT EXPERIENCE

**Required Registration/License/Certification**
- N/A

**Preferred Education**
- N/A

**Preferred Experience**
- PREVIOUS HEALTHCARE  MATERIALS MANAGEMENT PURCHASING EXPERIENCE

**Preferred Registration/License/Certification**
- CERTIFIED MATERIALS AND RESOURCE PROFESSIONAL CERTIFICATION THROUGH AHA

**Other Requirements**
- N/A

## PHYSICAL REQUIREMENTS

**Physical Activities**
- Occasionally - Walking - Moving about to accomplish tasks or moving from one worksite to another.
- Constantly
  - Sitting or Standing - Remaining in a stationary position, often standing or sitting for prolonged periods.
  - Communication with others to exchange information.
  - Repetitive motion including wrists, hands and/or fingers.
  - Assessing the accuracy, neatness and thoroughness of the work assigned.
- Never
  - Climbing - Ascending or descending ladders, stairs, scaffolding, ramps, poles and the like
  - Lifting - Adjusting or moving objects up to 80 pounds in all directions.
  - Twisting & Bending - Moving self in different positions to accomplish tasks in various environments including tight and confined spaces
  - Operating machinery and/or power tools.
  - Operating motor vehicles or heavy equipment.

**Environmental Conditions/ Occupational Exposure Risk Potential**
- Occasionally

EAMC/Barnes_00073

- Low temperature
- High temperature
- Never
  - Outdoor elements such as precipitation and wind
  - Hazardous Conditions
  - Poor Ventilation
  - Small and/or enclosed spaces
  - Bloodborne Pathogens
  - Chemicals
  - Airborne Communicable Diseases
  - Radiation

**Functional Demands**
- Sedentary

## PERFORMANCE CRITERIA

**Low Performer:** performance fails to meet the expectations of their position's primary job responsibilities

**Developing Performer:** Employee is expected to build consistency in performing all primary job responsibilities in order to become a solid performer: employee development requires continued coaching, experience, education and competency development

**Solid Performer:** Employee's overall job performance meets and satisfies all expectations of their position's primary job responsibilities;  He/she has demonstrated the ability to make solid contributions, meet deadlines and service requirements and other

**High Performer:** Employee's performance frequently exceeds the expectations of their position's primary job responsibilities; He/she frequently demonstrates performance that is above and beyond what is expected for their position; He/she frequently demonstrates their willingness to assume additional tasks and responsibilities and to seek greater volumes of work to help meet departmental or organizational needs

**Top Performer:** Employees' performance consistently exceeds the expectations of their position's primary job responsibilities; He/she is viewed as a "role model", "mentor" or "go to person" by others inside and outside of their primary area; He/she can be counted on to regularly perform all tasks well beyond the bounds of what is normally expected of their position; He/she makes meaningful contributions through their initiative, critical thinking and adaptability

75%

## ESSENTIAL JOB FUNCTIONS

1. RESPONSIBLE FOR REVIEWING CONTRACTS FOR ACCURACY AND OBTAINING SIGNATURES AS NEEDED
2. ACTIVATES THE CONTRACTS ONCE APPROVED BY ADMINISTATION
3. ISSUES PURCHASE ORDERS AS NEEDED FOR CONTRACTS
4. RESOLVES INVOICE DISCREPANCES
5. SCANS AND UPLOADS THE CONTRACTS INTO SYSTEM
6. ASSURES REBATES ARE OBTAINED AND LOGGED PROPERLY
7. ASSISTS WITH NEW PRODUCT CROSS REFERENCING AND COST ANALYSES

8. REVIEWS AND UPDATES THE CONTRACT CALENDAR TO MAKE SURE ALL CONTRACTS ARE RENEWED IN A TIMELY MANNER
9. ATTENDS AT LEAST ONE CONTINUING EDUCATION CLASS YEARLY

10%

## EMPLOYEE ACCOUNTABILITIES

1. Meets time and attendance expectations (clocking policy, attendance policy).
2. Completes all mandatory education requirements as required by job role to include mandatory training, in-services, and online offerings.
3. Avoids disciplinary actions by following EAMC policies and procedures.
4. Maintains confidentiality of all hospital and patient information.
5. Adheres to all expectations set in our Social Media policy - always maintains professionalism on Social Media platforms.

15%

## ORGANIZATIONAL STANDARDS

1. **INTEGRITY**
   - Doing the right thing even when no one else is looking or listening
   - Living up to moral, legal and ethical standards
   - Telling the truth; owning up to errors and mistakes
   - Being honest and trustworthy in words and actions
2. **COMPASSION**
   - Listening and responding without judgment
   - Responding to people with care, concern, tenderness and sensitivity
   - Reducing another person's anxiety, fear and distress
   - Doing for others as you would like done for you
3. **EXCELLENCE**
   - Focusing on doing the job right the first time, every time
   - Looking for ways to continuously improve the way I do my work
   - Striving for and expecting better than average outcomes and results
   - Choosing to give my personal best in each situation regardless of what others are doing
4. **RESPECT**
   - Honoring the privacy and dignity that all people deserve
   - Valuing cultural diversity; remembering that our differences make us stronger and better
   - Informing customers about delays and waits
   - Always knocking before entering a closed door
   - Wearing my ID badge so patients and visitors will know me as a trusted source
5. **TEAMWORK**
   - Acknowledging that everyone brings an area of expertise to the team
   - Willing to sacrifice my own preferences at times for the sake of the team
   - Committing to the goals of my work area and the organization as a whole;looking for opportunities to pitch in and do more than just the minimum
   - Supporting the work of other departments and communicating clearly so that care and service to the customer is flawless
   - Being dependable; being a person my teammates can count on

## GOALS

Provide status of goals for the review period:

## JOB DESCRIPTION DISCLAIMER

I have reviewed this document, discussed its contents with my manager/supervisor, and had the opportunity to make comments. My signature indicates that I have been advised of my performance and does not imply that I agree with this evaluation. I have read and understand the confidentiality policy located in the Administrative Policy. Breach of this policy by any EAMC employee regarding information about patients, residents, past or present employees, or physicians will be cause for corrective action which may include termination. I agree to abide by compliance policies and standards to ensure compliance with applicable federal or state law.

## OVERALL PERFORMANCE

*

| Overall Performance Rating | Total Weighted Average |
|---|---|
| Low Performer | 1.00-1.80 |
| Developing Performer | 1.81-2.60 |
| Solid Performer | 2.61-3.40 |
| High Performer | 3.41-4.20 |
| Top Performer | 4.21-5.00 |

EAMC/Barnes_00076

# Exhibit 2

## Kelli Truitt

**From:** Kelli Truitt
**Sent:** Tuesday, February 27, 2024 3:53 PM
**To:** Nicholas Barnes
**Subject:** Re: Urgent Matter

Nicholas,

We take your concerns seriously. Due to this, we'd like to let today be your last day of employment and will pay you through Friday. Please return your hospital badge, computer and any other hospital property to Human Resources by Friday, March 1st.

Kelli

Get Outlook for iOS

**From:** Kelli Truitt <kelli.truitt@eamc.org>
**Sent:** Tuesday, February 27, 2024 3:21 PM
**To:** Nicholas Barnes <nicholas.barnes@eamc.org>
**Subject:** RE: Urgent Matter

Thank you, Nicholas.  We are investigating your concerns.

Kelli

**From:** Nicholas Barnes <nicholas.barnes@eamc.org>
**Sent:** Tuesday, February 27, 2024 3:13 PM
**To:** Kelli Truitt <kelli.truitt@eamc.org>
**Subject:** RE: Urgent Matter

I spoke with Mrs. Nancy numerous times about the things that keep happening and she asked me would I like to have a sit down with the three of us but I feel like that she will try to intimate me into saying the things she wants me to say in the meeting honestly. Mrs. Kelli, I have worked here 5 years and everyone knows me for being a hard worker and not confrontational. For me and to feel uncomfortable about working this job is not right at all. I am not the only employee that is being treated like this. I may get treated worse for speaking out about the situation from her at times because but there are other employees that are treated in a horrible way also. I am sorry if I caused any problems but I feel like my wellbeing should mattered here at EAMC and I should not have to look around while going to my car because of threats from her.

1

EAMC/Barnes_00292

**Nicholas Barnes**
**Contract Coordinator**
**Supply Chain Services**
**The East Alabama Health Care Authority**
**2000 Pepperell Pkwy**
**Opelika, AL 36801**
**Office:** (334)528-4247
**Mobile:** (706)518-8993
Sent from Mail for Windows

East Alabama
Health ✚

---

**From:** Kelli Truitt <kelli.truitt@eamc.org>
**Sent:** Tuesday, February 27, 2024 2:45:19 PM
**To:** Nicholas Barnes <nicholas.barnes@eamc.org>
**Subject:** RE: Urgent Matter

Nicholas,

Thank you again for bringing these concerns to my attention.  I will continue to investigate this with Nancy Ling.
Could you please specify which Vice Presidents you spoke to about this?

Thank you,

Kelli

**From:** Nicholas Barnes <nicholas.barnes@eamc.org>
**Sent:** Tuesday, February 27, 2024 12:05 PM
**To:** Kelli Truitt <kelli.truitt@eamc.org>
**Subject:** Urgent Matter

Hey Mrs. Kelli,

I have reached out to numerous directors and vice presidents about my issues with Ursula Means. Mrs. Ursula has harassed me constantly to the point of making me put in my two weeks notice. I do not feel safe at all going to my car after work because of the comments that she has made towards me. There have been incidents happening over and over. I spoke with Nancy Ling, John Morris, Chris waits , Chuck beams, Brenda Clarke, Sutricia Johnson, and others about the problem that is going on.

CONFIDENTIAL

EAMC/Barnes_00293

I have spoke with Mrs. Nancy Ling the director of the department on the matter numerous times and she has not done anything about the matter of the constant harassment from Mrs. Ursula Means. I fear that she has not done anything because she brought Mrs. Ursula in with her from her previous company. There has been numerous things that has happened.

1. I was told that I should stop wearing my formal clothing to work and only wear scrubs into work. I agreed to only wear scrubs to work but I mentioned that Mrs. Nancy stated that it was fine to wear them to work sometimes and Mrs. Ursula stated that she would rather seem me in scrub pants and made a sexual look at me. I acted as I didn't hear her and started back doing my work.

2. I also had a meeting with Mrs. Ursula in her office because she wanted to have a heart to heart talk. I took the meeting with her and stated that I would not like to be friends but I would like to keep things professional while working. She got upset and stated that I should leave her office with my ugly face.

3. The next day she came back to my office and stated that I look like a scary employee. That she could get someone to whoop on me.

4. Ursula Means stated that she was going to fire me or make me quit to a employee name Laquesha Lester that is in the department. Her and Laquesha are best friends in the department because they were brought to EAMC together by Mrs. Nancy from a different hospital. Laquesha told me this because she stated that I should start looking for a new job. Because Mrs. Ursula wanted to bring in someone named Ashley for my position.

5. I was working at my desk upstairs in the department and she stated that I should get my things and move them to the EVS closet because I was useless. I asked to please be moved some where else because the EVS utility closet is not for office use. She moved me to the Cath lab materials room. And gave my office to her Laquesha Lester.

6. Also I have noticed that my times were not being approved on time and it was giving me missed punches. It gave me 19 missed punches and I have never been over 7 before she came. I reach out to Mrs. Penny in payroll and she stated that it was not being approved by Ursula Means. And that she would talk to her. I asked Mrs. Penny and Lisa wolf please not state that I asked about it because it would only make the situation that I am in worse. After they reached out to Mrs. Ursula she called me into her office the same day and asked did I snitch on her. And stated that if she gets fired or in trouble she will have her son and nephew to mess me up and whoop me in the parking lot.

7. Today she called me into a meeting and she stated that she understands that I may have checked out and I stated that I have not checked out I am a loyal worker until the end, I have been a hard worker for 5 years but I can not continue to receive the parking lot threats. She pulled her glasses on top of her head and stated that she does and says whatever she chooses. They are not threats that they are promises.

**Nicholas Barnes**
Contract Coordinator
Supply Chain Services
The East Alabama Health Care Authority
2000 Pepperell Pkwy
Opelika, AL 36801
**Office**: (334)528-4247
**Mobile**: (706)518-8993
Sent from Mail for Windows

CONFIDENTIAL

EAMC/Barnes_00294

East Alabama
Health

4

EAMC/Barnes_00295

# Exhibit 3



2/27 by by Lawesia
Lasseter.

Nick stated several things that defame ursula's character and leadership. He also called me at 3:17pm on Feb 27th, stating that ursula disrespected him on sunday, January 25th pertaining to Janett contract. I stated that he should sit down with ursula and discuss the issues he has with her. He also stated that if he leave she will be leaving right after him for messing with him, because he has friends & relatives in higher positions.

CONFIDENTIAL

EAMC/Barnes_00299



He also stated that he told leadership (Nancy, Ursula) that he's retiring. He told me that he has another job with an oil company as their contracts administrator. He also stated that he will never talk to Ursula again and referred to her as a "bitch". Then he switch his story to say that he loves Ursula but he can't talk to her again. He feel like Ursula has been picking on him since she became the contract manager.

2/27/24
5:35pm

Laquesha Lassiter

# Exhibit 4

## Kelli Truitt

| | |
|---|---|
| **From:** | Nancy Ling |
| **Sent:** | Tuesday, February 27, 2024 5:45 PM |
| **To:** | Susan Johnston; Kelli Truitt |
| **Subject:** | RE: Urgent Matter |

I have completed additional investigations and my responses are below in red- I also have a statement in writing from Laquesha that at 3:17PM today that Nic called her and told her that he was going to get Ursula fired for messing with him. She verbally stated that Nic said if I have to go, Ursula is going too as well as MANY other things.. I will scan this document to you and send in a separate email. ......with everything that Nic said about myself and Ursula as listed below I am concerned about our safety as well. The false statements below are so untrue, especially the ones regarding violence that his statement to Laquesha today really bothers me. The statement he made to Laquesha is a direct threat to Ursula and myself. I can speak in person to you regarding other concerns with Nic's track record of untrue statements. Nic has gone around telling people he has 1.1 M in the bank and he doesn't need to work, he tried to show me as well as Laquesha his bank balances and said, I'm retiring and going to play basketball overseas. I have several people stop me to tell me that Nic was saying things about Ursula and that she was the reason he was leaving....he stated to me that Ursula didn't like him and that's why he was leaving, I told him that was not the case, and to talk with her or that we could all have a meeting. He refused saying it would only make things worse.

Laquesha's written statement will be forthcoming in a separate email.

Thank you

**Nancy W Ling**
Director- Supply Chain Services
2000 Pepperell Parkway
Opelika, AL. 36801
Office- 334-528-4227
Mobile- ███████
Email- nancy.ling@eamc.org
East Alabama
Health ⊹

**From:** Susan Johnston <susan.johnston@eamc.org>
**Sent:** Tuesday, February 27, 2024 4:23 PM
**To:** Nancy Ling <nancy.ling@eamc.org>; Kelli Truitt <kelli.truitt@eamc.org>
**Subject:** Re: Urgent Matter

1

EAMC/Barnes_00310

Thanks Nancy

Get Outlook for iOS

---

**From:** Nancy Ling <nancy.ling@eamc.org>
**Sent:** Tuesday, February 27, 2024 3:56:15 PM
**To:** Kelli Truitt <kelli.truitt@eamc.org>; Susan Johnston <susan.johnston@eamc.org>
**Subject:** Re: Urgent Matter

I have not had any complaints- I can tell you that he and Laquesha were asked to wear scrubs due to helping out in other areas, dock, storeroom, etc because we are short staffed and we didn't want them to get their clothes messed up- Nic has referred to Ursula as "his momma" several times and her response has always been "I'm not your mother" that was said just last week but he's said it multiple times- I have a call at 4 with Commure but I will answer in more in more detailed fashion shortly- for the record, Nic has a reputation of "stretching the true"-


Nancy W.Ling
Director- Supply Chain Services
2000 Pepperell Parkway
Opelika, AL. 36801
Office: 334-528-4227
Mobile███████████
Email: Nancy.ling@eamc.org

---

**From:** Kelli Truitt <kelli.truitt@eamc.org>
**Sent:** Tuesday, February 27, 2024 3:45:01 PM
**To:** Susan Johnston <susan.johnston@eamc.org>; Nancy Ling <nancy.ling@eamc.org>
**Subject:** Re: Urgent Matter

Yes, I agree.  I will let him know.

Kelli

Get Outlook for iOS

---

**From:** Susan Johnston <susan.johnston@eamc.org>
**Sent:** Tuesday, February 27, 2024 3:42:33 PM

2

EAMC/Barnes_00311

**To:** Nancy Ling <nancy.ling@eamc.org>; Kelli Truitt <kelli.truitt@eamc.org>
**Subject:** RE: Urgent Matter

I agree Nancy that these statements are incredibly inflammatory.  We do have a responsibility to investigate to be sure that they are false statements.  Have you had any other complaints related to Ursula's leadership or leadership style that we should be aware of?

Kelli, I say we tell Nicholas that we take his complaints seriously and do not want him to feel that he needs to stay in the environment.  He is welcome to not return to the office and we will pay him out the remainder of his notice.

**From:** Nancy Ling <nancy.ling@eamc.org>
**Sent:** Tuesday, February 27, 2024 3:27 PM
**To:** Kelli Truitt <kelli.truitt@eamc.org>; Susan Johnston <susan.johnston@eamc.org>
**Subject:** Re: Urgent Matter

Kelli-

The depth of these false statements is alarming- I will go through each one and provide my perspective but not one thing in these statements, except maybe who he talked to outside our office recently, is true to my knowledge and specifically anything with my name attached- If anything, it is a serious character assassination on both my and Ursula's character and integrity. I do not think it would be wise for him to return back to the office-

Nancy

Nancy W.Ling
Director- Supply Chain Services
2000 Pepperell Parkway
Opelika, AL. 36801
Office: 334-528-4227
Mobile: ███████████
Email: Nancy.ling@eamc.org

**From:** Kelli Truitt <kelli.truitt@eamc.org>
**Sent:** Tuesday, February 27, 2024 3:15:32 PM
**To:** Nancy Ling <nancy.ling@eamc.org>; Susan Johnston <susan.johnston@eamc.org>
**Subject:** FW: Urgent Matter

CONFIDENTIAL

EAMC/Barnes_00312

**From:** Nicholas Barnes <nicholas.barnes@eamc.org>
**Sent:** Tuesday, February 27, 2024 3:13 PM
**To:** Kelli Truitt <kelli.truitt@eamc.org>
**Subject:** RE: Urgent Matter

I spoke with Mrs. Nancy numerous times about the things that keep happening and she asked me would I like to have a sit down with the three of us but I feel like that she will try to intimate me into saying the things she wants me to say in the meeting honestly. Mrs. Kelli, I have worked here 5 years and everyone knows me for being a hard worker and not confrontational. For me and to feel uncomfortable about working this job is not right at all. I am not the only employee that is being treated like this. I may get treated worse for speaking out about the situation from her at times because but there are other employees that are treated in a horrible way also. I am sorry if I caused any problems but I feel like my wellbeing should mattered here at EAMC and I should not have to look around while going to my car because of threats from her.

**Nicholas Barnes**
Contract Coordinator
Supply Chain Services
The East Alabama Health Care Authority
2000 Pepperell Pkwy
Opelika, AL 36801
**Office:** (334)528-4247
**Mobile:** (706)518-8993
Sent from Mail for Windows

East Alabama
**Health** ✚

---

**From:** Kelli Truitt <kelli.truitt@eamc.org>
**Sent:** Tuesday, February 27, 2024 2:45:19 PM
**To:** Nicholas Barnes <nicholas.barnes@eamc.org>
**Subject:** RE: Urgent Matter

Nicholas,

Thank you again for bringing these concerns to my attention.  I will continue to investigate this with Nancy Ling.
Could you please specify which Vice Presidents you spoke to about this?

Thank you,

Kelli

4

EAMC/Barnes_00313

**From:** Nicholas Barnes <nicholas.barnes@eamc.org>
**Sent:** Tuesday, February 27, 2024 12:05 PM
**To:** Kelli Truitt <kelli.truitt@eamc.org>
**Subject:** Urgent Matter

Hey Mrs. Kelli,

I have reached out to numerous directors and vice presidents about my issues with Ursula Means. Mrs. Ursula has harassed me constantly to the point of making me put in my two weeks notice. I do not feel safe at all going to my car after work because of the comments that she has made towards me. There have been incidents happening over and over. I spoke with Nancy Ling, John Morris, Chris waits , Chuck beams, Brenda Clarke, Sutricia Johnson, and others about the problem that is going on.

I have spoke with Mrs. Nancy Ling the director of the department on the matter numerous times and she has not done anything about the matter of the constant harassment from Mrs. Ursula Means. I fear that she has not done anything because she brought Mrs. Ursula in with her from her previous company. There has been numerous things that has happened.

1. I was told that I should stop wearing my formal clothing to work and only wear scrubs into work. I agreed to only wear scrubs to work but I mentioned that Mrs. Nancy stated that it was fine to wear them to work sometimes and Mrs. Ursula stated that she would rather seem me in scrub pants and made a sexual look at me. I acted as I didn't hear her and started back doing my work. We asked them both to wear scrubs when they were in the office because we might need their help in others areas (storeroom, loading dock, warehouse, etc) and we did not want them to ruin their work attire. This is one reason you see most of us in scrubs on a daily basis. We help out if multiple areas. Ursula stated she never made any comments, sexual or otherwise, to Nic regarding scrubs other than what I explained above.

2. I also had a meeting with Mrs. Ursula in her office because she wanted to have a heart to heart talk. I took the meeting with her and stated that I would not like to be friends but I would like to keep things professional while working. She got upset and stated that I should leave her office with my ugly face. I asked Ursula if she had ever had a meeting with Nic in her office where any inappropriate comments were made by her or Nic, she stated she has never made the comments above but Nic has called her "his momma" on several occasions and Ursulas has responded to him that I am not your mother.

3. The next day she came back to my office and stated that I look like a scary employee. That she could get someone to whoop on me. Ursula stated she has never spoken to anyone in those words nor ever threatened anyone, including Nic.

4. Ursula Means stated that she was going to fire me or make me quit to a employee name Laquesha Lester that is in the department. Her and Laquesha are best friends in the department because they were brought into EAMC together by Mrs. Nancy from a different hospital. Laquesha told me this because she stated that I should start looking for a new job. Because Mrs. Ursula wanted to bring in someone named Ashley for my position. Ursula stated she has never threatened Nic or anyone else with firing or to make them quit. While it is true that both Laquesha and Ursula did come from Baptist, they are co-workers and not friends outside of the office setting. As a caveat, I know the Ashley he is referring to and neither Ursula nor I would hire her to work here nor suggest to anyone here to hire her.

5. I was working at my desk upstairs in the department and she stated that I should get my things and move them to the EVS closet because I was useless. I asked to please be moved some where else because the EVS utility closet is not for office use. She moved me to the Cath lab materials room. And gave my office to her Laquesha Lester. I was the one who moved the employees around and it was never suggested to Nic that he was being moved to any

CONFIDENTIAL     EAMC/Barnes_00314

EVS closet. We had moved Marie downstairs in Radiology and they needed that space back so we moved Nic to the Cath Lab area with David. We did not move Laquesha down there because she was helping the buyers with pricing/contracting/etc and it made more sense to keep her near the two buyers upstairs. I have no idea where the EVS closet even is-Laquesha's office was already upstairs. We moved Marie in to Nic's old office, not Laquesha.

6. Also I have noticed that my times were not being approved on time and it was giving me missed punches. It gave me 19 missed punches and I have never been over 7 before she came. I reach out to Mrs. Penny in payroll and she stated that it was not being approved by Ursula Means. And that she would talk to her. I asked Mrs. Penny and Lisa wolf please not state that I asked about it because it would only make the situation that I am in worse. After they reached out to Mrs. Ursula she called me into her office the same day and asked did I snitch on her. And stated that if she gets fired or in trouble she will have her son and nephew to mess me up and whoop me in the parking lot. Ursula spoke to Penny on several occasions regarding Nic's punches. The issue was he was clocking in on his computer in EST and Ursula and Penny realized that if she didn't approve it the day the entry was made, it wouldn't allow him to clock in the next day. Once they had he and Laquesha begin using Infor to do this, the issue resolved itself. There was no comment made to Nic about snitching, or threatening to have her son or nephew cause violence toward him.

7. Today she called me into a meeting and she stated that she understands that I may have checked out and I stated that I have not checked out I am a loyal worker until the end, I have been a hard worker for 5 years but I can not continue to receive the parking lot threats. She pulled her glasses on top of her head and stated that she does and says whatever she chooses. They are not threats that they are promises. "Laquesha and Nic were both in Ursula's office today and this conversation that he is stating did not happen, no threats were made and no comments regarding promises were made. They discussed a contract and PO that was not done correctly.

Nic has felt that Ursula is "picking on him" because there are several times that PO's have needed to be corrected and he made the statement to me "that he know's what he's doing"….however, these mistakes have been made and Ursula has been trying to work with him and Laquesha, Charlotte, and Kay on new processes, much of this is due to our new system that we will be putting in place. We have been working with the buyers, contract coordinators, inventory staff, etc updating processes and making changes across the board.

**Nicholas Barnes**
Contract Coordinator
Supply Chain Services
The East Alabama Health Care Authority
2000 Pepperell Pkwy
Opelika, AL 36801
**Office:** (334)528-4247
**Mobile:** (706)518-8993
Sent from Mail for Windows

East Alabama
Health

CONFIDENTIAL

EAMC/Barnes_00315

# Exhibit 5

**Ursula Means**

| | |
|---|---|
| **From:** | Jennifer Wolf |
| **Sent:** | Thursday, December 28, 2023 3:22 PM |
| **To:** | Ursula Means; Scotty Brown |
| **Cc:** | Genia Odom; Penny Stewart; Kelli Truitt |
| **Subject:** | RE: Employee Timecard issues |

Sounds good, please let us know if you need any help.

Jennifer Wolf
Payroll Specialist
511 East Thomason Circle
Opelika Al, 36801

334-528-5604
334-528-1868

**From:** Ursula Means
**Sent:** Thursday, December 28, 2023 3:21 PM
**To:** Jennifer Wolf <jennifer.wolf@eamc.org>; Scotty Brown <Scotty.Brown@eamc.org>
**Cc:** Genia Odom <Genia.Odom@eamc.org>; Penny Stewart <penny.stewart@eamc.org>; Kelli Truitt <kelli.truitt@eamc.org>
**Subject:** RE: Employee Timecard issues

Hi Jennifer,

Yes, I will forgive those occurrences in infor on Nicholas Barnes.

I appreciate your assistance.

**Ursula Means**
Value Analysis/Contracts Manager
Supply Chain Services

East Alabama Health
2000 Pepperall Pkwy
Opelika, Alabama 36801
**Office:** 334.528.4474
**Fax:** 334.528.1506

Email: ursula.means@eamc.org
www.eastalabamahealth.org

**From:** Jennifer Wolf <jennifer.wolf@eamc.org>
**Sent:** Thursday, December 28, 2023 12:54 PM
**To:** Scotty Brown <Scotty.Brown@eamc.org>; Ursula Means <ursula.means@eamc.org>
**Cc:** Genia Odom <Genia.Odom@eamc.org>; Penny Stewart <penny.stewart@eamc.org>; Kelli Truitt <kelli.truitt@eamc.org>
**Subject:** RE: Employee Timecard issues

Thank you scotty for taking care of their Citrix access.
@Ursula Means if you could let us know where we are at with forgiving the missing punches on Nickolas's attendance records and if you are needing any assistance in doing so please reach out to us.

Jennifer Wolf
Payroll Specialist
511 East Thomason Circle
Opelika Al, 36801


334-528-5604
334-528-1868




**From:** Scotty Brown
**Sent:** Thursday, December 28, 2023 12:38 PM
**To:** Ursula Means <ursula.means@eamc.org>; Jennifer Wolf <jennifer.wolf@eamc.org>
**Cc:** Genia Odom <Genia.Odom@eamc.org>; Penny Stewart <penny.stewart@eamc.org>; Kelli Truitt <kelli.truitt@eamc.org>
**Subject:** RE: Employee Timecard issues

Hi Ursula,

I can request the Citrix access to allow clocking for the two employees.

Are both "primarily" onsite workers who work remote from time-to-time (or strictly remote workers)?

I see that Laqueshia lives in Montgomery and would not be subject to Opelika City Tax if wholly remote. Same for Nicholas living in Lanett.

Thanks,
Scotty

**From:** Ursula Means <ursula.means@eamc.org>
**Sent:** Thursday, December 28, 2023 12:12 PM
**To:** Jennifer Wolf <jennifer.wolf@eamc.org>
**Cc:** Genia Odom <Genia.Odom@eamc.org>; Scotty Brown <Scotty.Brown@eamc.org>; Penny Stewart <penny.stewart@eamc.org>; Kelli Truitt <kelli.truitt@eamc.org>; Ursula Means <ursula.means@eamc.org>
**Subject:** RE: Employee Timecard issues

Hello Jennifer,

You are correct. The problem you mentioned below is the issue. The system will not allow Nicholas to clock in/out if I havent approved his punches. I have another Team member who will also need access to Citrix. LaQuesha Lassiter works remotely as well.

Do I submit an at-home remote clocking request to Scotty Brown through TMA? If not, do you mind pointing me in the right direction?

Sincerely,

**Ursula Means**
Value Analysis/Contracts Manager
Supply Chain Services

East Alabama Health
2000 Pepperall Pkwy
Opelika, Alabama 36801
**Office:** 334.528.4474
**Fax:** 334.528.1506

Email: ursula.means@eamc.org
www.eastalabamahealth.org

**From:** Jennifer Wolf <jennifer.wolf@eamc.org>
**Sent:** Thursday, December 28, 2023 9:26 AM
**To:** Ursula Means <ursula.means@eamc.org>
**Cc:** Genia Odom <Genia.Odom@eamc.org>; Scotty Brown <Scotty.Brown@eamc.org>; Penny Stewart <penny.stewart@eamc.org>; Kelli Truitt <kelli.truitt@eamc.org>
**Subject:** Employee Timecard issues

Good morning Ursula, in doing timecard audits we have noticed that one of your employees Nicholas Barnes E14483 is consistently having missing punches. When we look at his attendance records these have just started recently and he is up to 19 misses. We are concerned that this is an issue with how the employee is clocking when working remotely. It appears that there is a timing issue with his submitted time. Nicholas is submitting the correct clocking times in Kronos for approval, but the payroll audit is getting done before his time is approved by you.

I have spoken with my director (Genia Odom) and Scotty Brown (HRIS) and there is a way that the employee can have access to Citrix so he can clock in and out on his computer when working remotely without having to submit his time to you or submit corrections. For him to have this access, you would need to submit an at-home remote clocking request to Scotty Brown so he could get this added to the employee's profile. We feel like this solution would fix the missing punches problem.

Also, as the manager you can go in and forgive these missed punches, so they do not go against his attendance policy. We feel that the current 19 missed punches may be in error due to the above process. If you are unsure on how to do this, please reach out to Penny Stewart and she can walk you through it or with your permission fix them for you.

Thank You

Jennifer Wolf
Payroll Specialist
511 East Thomason Circle
Opelika Al, 36801

334-528-5604
334-528-1868

EAMC/Barnes_00483